IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALADA WILSON-PAIGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:08cv499 -MHT |
| ) | (WO) |
| JOHN LUTHER PIKE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge. entered on August 20, 2008, that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).  After a review of the recommendation, to which no timely objections have been filed, and after an independent  and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation of the magistrate judge  (doc. # 10) is adopted and that this case is dismissed prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE, this the 22nd day of September 2008.

         /s/ Myron H. Thompson         
UNITED STATES DISTRICT JUDGE